UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No: 13-20-GFVT |
| V. | ) | |
| JAMES RUSSELL BENNETT, | ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Report and Recommendation (R&R) filed by United States Magistrate Judge Hanly A. Ingram. [R. 553.] The R&R addresses the issue of whether Defendant James Russell Bennett is competent to stand trial pursuant to 18 U.S.C. § 4241 and §4247(d). Judge Ingram advises that, based on the competency examination performed by Dr. Boutwell, Bennett is competent to stand trial and recommends that the Court find him competent for further proceedings in this matter.

Judge Ingram's Report advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] The time to file objections has passed, and neither party has objected nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's R&R are also barred from appealing a

district court's order adopting that R&R. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's R&R.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 553] is **ADOPTED** as the opinion of this Court; and,

(2) The Court **FINDS** that Bennett is competent to face further proceedings in this matter including trial.

This 8th day of May, 2014.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge